UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY D. COOK,

        Petitioner,               Case No. 21-cv-10815
                                              Hon. Matthew F. Leitman

v.

JONATHAN HEMINGWAY,

        Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus is **DISMISSED** and leave to appeal *in forma pauperis* is **GRANTED**.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 18, 2024
Detroit, Michigan